In the Matter of DANIEL J. CASACCI, Respondent, for an Order for the Inspection of the Books and Records of U.S. Drives, Inc., Appellant. [825 NYS2d 420]—Appeal from an order of the Supreme Court, Erie County (Eugene M. Fahey, J.), entered May 1, 2006. The order directed respondent to provide petitioner with copies of portions of its federal corporate tax returns for the years 1999 through 2004.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Martoche, J.P., Smith, Centra and Green, JJ.

 In the Matter of COLLYER GOODMAN, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [825 NYS2d 652]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered July 5, 2006) to review two determinations of respondent. The determinations found after two tier III hearings that petitioner had violated various inmate rules.

It is hereby ordered that the determinations be and the same hereby are unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Martoche, Centra and Pine, JJ.